## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| MARIO R. PERELLO <br> and DANNA L. PERELLO | § § § | |
| V. | § | NO. 1:07-CV-823 |
| | § | |
| ALLSTATE TEXAS LLOYD'S, <br> ET AL. | § § § | |

### ORDER ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on November 8, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' joint motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **14** day of **February, 2008.**

Ron Clark, United States District Judge